Arthur H. Lamsen v. Amelia N. Dunlap.— Motion denied, with ten dollars costs.

Edith H. Ellis v. George A. Hearn.— Motion denied, with ten dollars costs.

William E. Mowbray v. Harriet De Forest.— Motion denied, with ten dollars costs.

Dagny Anderson v. Pennsylvania Steel Company.— Motion denied, with ten dollars costs.

Joseph Kirschner v. Fourteenth Street Store.— Motion denied, with ten dollars costs.    Settle order on notice.

Samuel W. Ehrich v. Henry A. Root.— Motion granted.    Settle order on notice.

Amy N. Frank v. William Carter.— Motion denied.    Settle order on notice.

In the Matter of Arthur Rothschild.— Reference ordered. ʼ Settle order on notice.

Ely J. Reiser v. Isaac Moss and Another.  Ely J. Reiser v. Isaac Moss and Another.— Motions granted.

The People of the State of New York ex rel. Arthur G. Coulter, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.    No opinion.

George Johnston, as Receiver, etc., of Henry Conklin, Appellant, v. Jeannie L. Conklin, Respondent.— Judgment affirmed, with costs.    No opinion.

Gitel Sirkan, as Administratrix, etc., of Abraham Sirkan, Deceased, Appellant, v. Cathedral Realty Company, Respondent.— Judgment affirmed, with costs.    No opinion.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of Mary Murphy, Deceased.  Harry Ladouceur, Appellant; Mary T. Sweet, Respondent.— Decree affirmed, with costs.    No opinion.

Frederic B. Studwell, Appellant, v. The Bush Company, Limited, and Bush Terminal Company, Respondents.— Order affirmed, with costs.    No opinion.    (McLaughlin, J., dissented.)

The McCall Company, Appellant, v. John H. Wright, Respondent.— Motion granted, with ten dollars costs.

Bonniford Leslie, Respondent, v. Firemen's Insurance Company of Newark, N. J., Appellant, Impleaded with Ludwig Baumann & Company.— Judgment affirmed, with costs.    No opinion.

Mortimer Falk and Others, Appellants, v. American West Indies Trading Company, Respondent.— Judgment affirmed, with costs, on *Falk* v. *American West Indies Trading Co.* (180 N. Y. 445).

Marx Ottinger and Moses Ottinger, Respondents, v. John R. Bennett, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  (Ingraham and Scott, JJ., dissented as to the denial to strike out paragraphs 4, 26, 27 and 43 of the complaint.)

Knickerbocker Trust Company, Respondent, v. Aaron R. Altmayer, Appellant.— Judgment affirmed, with costs.    No opinion,

Bridget Cullen, Appellant, v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railroad Company, Respondent.— Judgment affirmed, with costs.    No opinion.